# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 7, 2014

### NO. 03-12-00126-CV

**Green Tree Servicing, LLC, Appellant**

**v.**

**ICA Wholesale, Ltd. d/b/a A-1 Homes, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on October 25, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment awarding damages and attorney's fees to ICA-Wholesale, Ltd. d/b/a/ A-1 Homes and renders judgment that ICA-Wholesale, Ltd. d/b/a/ A-1 Homes take nothing on its claims again Green Tree Servicing, LLC. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.